# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL SUITES LLC, a California limited liability company dba Holiday Inn Express & Suites Lincoln,<br><br>Defendant. | Case No: 2:21-cv-00097-MCE-DB<br><br>**ORDER FOR DISMISSAL** |

In accordance with Plaintiff's request, and no answer having been filed, the above-entitled matter is hereby dismissed, with prejudice; each party to bear their own costs and fees. The matter having been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 28, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE